FILED

Jesse Banerjee

3573 3rd Street, Suite 206 Los Angeles, CA 90020

2023 JUN -6 PM 1:11

Cell: 3109238788

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

E-mail Address: investigation@stevebanerjee.com

BY: _____

*Pro Se*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chippendales USA, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>Jesse Banerjee<br><br>    Defendant. | Case Number: 2:23-cv-03676<br><br>**MOTION FOR EXTENSION OF CIVIL LOCAL RULE 7-3 FILING DEADLINES FOR NON-ECF USER**<br><br>Hon. Percy Anderson |

  As the *pro se Jesse Banerjee* in the above-captioned matter, I respectfully ask the Court to extend by three (30) days the deadline for me to file motion-related opposition or reply papers, notwithstanding any contrary language in Local Rule 7-3.

  I hereby declare that:

  1. I am proceeding *pro se* pursuant to Civil L.R. 3-9.

  2. I have not applied for and the Court has not granted me permission to be an ECF user. Because I am not an ECF user, I send and receive copies of motions and oppositions by U.S. mail.

//

//

MTN FOR EXTN OF CIV. LOCAL RULE 7-3 FILING DEADLINES FOR NON-ECF USER
Case No. 2:23-cv-03676

3. If I become an ECF user, I agree to abide by all deadlines required of ECF users, including the deadlines set forth in the amended Civil L.R. 7-3.

Date: 06/06/2023          Sign Name: _____

                          Print Name:  Jesse Banerjee

MTN FOR EXTN OF CIV. LOCAL RULE 7-3 FILING DEADLINES FOR NON-ECF USER
Case No. 2:23-cv-03676

2

**PROOF OF SERVICE**

I declare I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is Jesse Banerjee 3573 3rd Street, Suite 206 Los Angeles, CA 90020

On the date set forth below, I served the following document entitled: **MOTION FOR EXTENSION OF CIVILLOCAL RULE 7-3 FILING DEADLINES FOR NON-ECF USER** on the interested parties in this action, as follows:

| | |
|---|---|
| Rita Weeks<br>Kilpatrick Townsend and Stockton LLP<br>1114 Avenue of the Americas 21st Floor New York, NY 10036<br>212-775-8700<br>Fax: 212-504-9566<br>Email: rweeks@kilpatricktownsend.com<br><br>Evan S Nadel<br>Kilpatrick Townsend Stockton, LLP<br>Two Embarcadero Center Suite 1900 San Francisco, CA 94111<br>415-576-0200<br>Fax: 415-576-0300<br>Email: enadel@kilpatricktownsend.com | Lindsay Banerjee<br>c/o Jack B. Osborn and John W. Short<br>Brown White & Osborn LLP<br>333 S. Hope Street, 40th Floor<br>Los Angeles, CA 90071<br><br><br><br><br><br><br><br>Contestant |
| Christian Banerjee<br>P.O. Box 3073<br>Santa Ana, CA 92703<br><br><br>Interested Party | Robert L. Bjorklund<br>2951 Honolulu Avenue, Suite H<br>La Crescenta, CA 91214<br><br><br>Probate Referee |

☐ [By E-Mail] I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the foregoing document at my place of business, by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service where they would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand] I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 15, 2023.


_____
Jesse Banerjee