1  Evan S. Nadel (CA Bar No. 213230)
2  KILPATRICK TOWNSEND & STOCKTON LLP
   ENadel@kilpatricktownsend.com
3  Two Embarcadero Center, Suite 1900
   San Francisco, CA  94111
4  Telephone:  (415) 576-0200
   Facsimile:   (415) 576-0300
5
6  Rita Weeks (CA Bar No. 232396)
   Rweeks@kilpatricktownsend.com
7  Marc A. Lieberstein (admitted *pro hac vice*)
   MLieberstein@kilpatricktownsend.com
8  KILPATRICK TOWNSEND & STOCKTON LLP
   1114 Avenue of the Americas
9  New York, NY 10036
10 Telephone:  (212) 775-8700
   Facsimile:   (212) 504-9566
11
12 *Attorneys for Defendant, Chippendales USA, LLC*

13
14              UNITED STATES DISTRICT COURT
15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 JESSE BANERJEE,                  Case No. 2:23-cv-03676-PA (PDx)
                                    *Judge:   Hon. Percy Anderson*
17              Plaintiff,
18      v.
                                    **DEFENDANT'S NOTICE OF
19 CHIPPENDALES USA, LLC,           MOTION AND MOTION TO
                                    DISMISS OR FOR A MORE
20              Defendants.         DEFINITE STATEMENT**

21                                  Date:      August 7, 2023
                                    Time:      1:30 p.m.
22                                  Courtroom: 9A
23
24
25
26
27
28

DEFENDANT'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT    - 1 -
CASE NO. 2:23-CV-03676-PA (PDx)

**PLEASE TAKE NOTICE THAT** on August 7, 2023 at 1:30 p.m., or as soon thereafter as it may be heard, in the United States Federal Courthouse located at 350 West First Street, Los Angeles, California, 90012, before the Honorable Percy Anderson, defendant Chippendales USA, LLC ("Chippendales") shall and hereby does move to dismiss Plaintiff's operative pleading in this action or, in the alternative, for a more definite statement.

Plaintiff's Petition should be dismissed with prejudice because it fails to state—or even identify—a cause of action against Chippendales. The Petition also does not state its allegations of fraud or mistake with the required level of specificity. Given that the events alleged in the Petition occurred over 20 years ago, any attempt to state a claim would be barred by the applicable statutes of limitations.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 3, 2023. For over a month, counsel for Chippendales attempted on multiple occasions to confer with plaintiff Jesse Banerjee to discuss this Motion. Mr. Banerjee refused to meet and confer with defense counsel. On June 30, 2023, an individual named Dayna Staggs, Sr. sent an email to Chippendales' counsel identifying himself as counsel for plaintiff, but conceding he is not admitted to practice in this Court. On July 3, 2023, Chippendales conducted a telephone conference with Mr. Staggs to meet and confer about Chippendales' planned motion to dismiss. During that conference, Mr. Staggs stated that he intended to make a filing by July 5, 2023, to "clean up" some of the deficiencies in the petition. As of July 7, 2023, neither Mr. Banerjee nor Mr. Staggs has filed any amendment to the petition.

Chippendales' Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the declaration of Evan S. Nadel in support of the Motion; the pleadings and other documents on file in this matter; and any

///

| | |
|---|---|
| 1 | other matter that may be presented to the Court at or before the hearing on the |
| 2 | Motion. |
| 3 | |
| | DATED: July 7, 2023        Respectfully submitted, |

DATED: July 7, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Evan S. Nadel*
EVAN S. NADEL
RITA WEEKS
MARC A. LIEBERSTEIN (admitted *pro hac vice*)

Attorneys for Defendant
Chippendales USA, LLC