```
1   Evan S. Nadel (CA Bar No. 213230)
    KILPATRICK TOWNSEND & STOCKTON LLP
2   ENadel@kilpatricktownsend.com
    Two Embarcadero Center, Suite 1900
3   San Francisco, CA  94111
    Telephone:   (415) 576-0200
4   Facsimile:   (415) 576-0300

5   Rita Weeks (CA Bar No. 232396)
    Rweeks@kilpatricktownsend.com
6   Marc A. Lieberstein (admitted pro hac vice)
    MLieberstein@kilpatricktownsend.com
7   KILPATRICK TOWNSEND & STOCKTON LLP
8   1114 Avenue of the Americas
    New York, NY 10036
9   Telephone:   (212) 775-8700
    Facsimile:   (212) 504-9566
10
11  Attorneys for Defendant,
    Chippendales USA, LLC
12
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BANERJEE,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHIPPENDALES USA, LLC,<br><br>          Defendant. | CASE NO.:  2:23-cv-03676-PA (PDx)<br>*Hon. Percy Anderson*<br><br>**DEFENDANT CHIPPENDALES USA, LLC'S REVISED LEAD COUNSEL DESIGNATION** |

Defendant Chippendales USA, LLC hereby revises its previous lead counsel designation. Mr. Evan S. Nadel should be designated as serving as Defendant's lead counsel in this action.

DATED: July 19, 2023　　　Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Rita Weeks*
　　RITA WEEKS
　　EVAN S. NADEL
　　MARC A. LIEBERSTEIN

Attorneys for Defendant
CHIPPENDALES USA, LLC

DEFENDANT CHIPPENDALES USA, LLC'S REVISED LEAD COUNSEL DESIGNATION　　- 1 -
CASE NO.: 2:23-CV-03676 PA (PDx)

*Jesse Banerjee v. Chippendales USA, LLC*
Case No. CV 23-3676 PA (PDx)

## PROOF OF SERVICE

I am over 18 years of age and not a party to the action. I am a member of the California and New York bars and of the bar of this Court. My business address is Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, New York, 10036.

On July 19, 2023, I served a copy of the document entitled: **DEFENDANT CHIPPENDALES USA, LLC'S REVISED LEAD COUNSEL DESIGNATION** on the plaintiff, who is not registered for the CM/ECF system, as follows:

**Jesse Banerjee**
**3573 3rd Street, Suite 206**
**Los Angeles, CA 90020**

☒ By U.S. First Class Mail. On the date listed herein, following the firm's ordinary business practices, a copy of the referenced document was placed in a sealed envelope, with first class postage prepaid, for collection and mailing with the United States Postal Service, where it would be placed for mailing that same day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on July 19, 2023 in New York, New York.

_____
Rita Weeks