UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3676 PA (PDx) | Date | July 20, 2023 |
|---|---|---|---|
| Title | Jesse Banerjee v. Chippendales USA LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

On May 17, 2023, the Court entered an Order Scheduling Meeting of Counsel and Setting Scheduling Conference ("Order Setting Scheduling Conference"). (Docket No. 13.) The Order Setting Scheduling Conference warns: "The failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." (Docket No. 13 at p. 3.) Despite that warning, the parties failed to file a Joint Scheduling Report in advance of the July 3, 2023 Scheduling Conference. The Court then ordered the parties to file a Joint Scheduling Report on or before July 17, 2023, and continued the Scheduling Conference to July 24, 2023. (Docket No. 26.) The Court again warned that "[f]ailure to submit a Joint Scheduling Report by July 17, 2023, and/or failure to attend the Scheduling Conference on July 24, 2023, may result in the dismissal and/or striking the defendants' answers and entry of default without further warning." (Id.) Despite receiving multiple warnings, the parties again failed to file a Joint Scheduling Report, required by Federal Rule of Civil Procedure 26(f), Local Rule 26, and the Court's Order Setting Scheduling Conference, and instead submitted unilateral scheduling reports. (See Docket Nos. 29, 30.)

The Court orders the parties to file a Joint Scheduling Report on or before July 31, 2023, and continues the Scheduling Conference to August 14, 2023 at 10:30 a.m. This is your final warning, if the parties fail to submit a Joint Report by July 31, 2023 or fail to participate meaningfully in the preparation of the joint report, and/or fail to attend the Scheduling Conference on August 14, 2023, the responsible party may face sanctions, including but not limited to dismissal of the action or striking of the answer and entry of default without further warning.

IT IS SO ORDERED.