FILED
2023 AUG -8 PM 4:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Name: Jesse Banerjee
Address: 3573 3rd St #206
Los Angeles CA 90020
Phone: 310 923-8788
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jesse Banerjee

Plaintiff

v.

Chippendales USA LLC

Defendant(s).

CASE NUMBER:

2:23-CV-03676 PAPDx
amendment to
docket 37
Page 9

(Enter document title in the space provided above)

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1. Filed on July 31, 2023, in a (JOINT REPORT) The Plaintiff would invite the court to retain jurisdiction to enforce the Joint Report settlement which is filed on July 31, 2023. Plaintiff seeks toextend that the court issue an order mandating compliance with a settlement agreement before the November 14, 2023 Settlement. Which is listed on the Joint Report Schedule filed by both the Plaintiff and signed by the (defendants)on July 31, 2023.

2. That Defendants be required to pay the plaintiff an amount equal to treble the amount of all damages incurred by Plaintiff as a result of the Defendant's intentional infringement and unfair competition;

3. That Defendants be directed to pay to Plaintiff its reasonable costs and attorneys fees incurred in connection with this action due to the defendant's willful infringements and dilution of plaintiff trademarks inherited threw his probate court ruling.

4. That Defendants be required, under Section 26 of Laham Act 15 U.S.C. § 1118, to deliver up to this Court or the plaintiff authorized agents, all advertising and licensing agreements made including the promotional materials, source codes, computer backups, labels cartons, brochures, business stationery, calling cards, information sheets, posters, signs,and other means for producing the same which bear any licensing of the marks and or designations confusingly similar to Plaintiff non – expired uncontestable Trademarks.

5. That Defendants be directed to file with this court and serve upon the Plaintiff, within fifteen (15) days after entry of an order granting injunctive relief, a report, in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the Joint Report in this case. As of Today August 4, 2023 (Plaintiff) has a Letter from USPTO that CHIPPENDALE USA mark was assigned back to him. See EXHIBIT F.

Dated this 7th of August 2023.

_____
Pro Se Filing

DEMAND FOR JURY TRIAL TRADEMARK INFRINGEMENT COMPLAINT 1. VIOLATION OF THE CLAYTON ACT - 9