JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BANERJEE, | Case No. CV 23-3676 PA (PDx) |
| Petitioner, | JUDGMENT |
| v. | |
| CHIPPENDALES USA LLC, | |
| Respondent. | |

In accordance with the Court's August 10, 2023 Order granting the Motion to Dismiss filed by respondent Chippendales USA LLC ("Respondent") and dismissing petitioner Jesse Banerjee's ("Petitioner") Petition without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Petitioner is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner take nothing and Respondent shall have its costs of suit.

DATED: August 10, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE