Name: JESSE BANERJEE (PRO-SE)

Address: 3573 3rd STREET SUITE 206

LOS ANGELES, CA 90020

Phone Number: Tel:(310)923-8788

Email Address: investigation@stevebanerjee.com

*Pro Se*

FILED
2024 JAN 12 PM 3:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chippendales USA LLC<br>v.<br><br>JESSE BANERJEE<br>PLAINTIFF(S) / DEFENDANT(S) | CASE NUMBER   2:23-cv-03676-PA-BFM<br><br>APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

As the ☐ Plaintiff  ☒ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   [X] A Computer with internet access.
   [X] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   [X] A scanner to convert documents that are only in paper format into electronic files.
   [X] A printer or copier to create required paper copies such as chambers copies.
   [X] A word-processing program to create documents; and
   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 01/12/2024

Signature: /s/ JB