# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESSE BANERJEE,

PLAINTIFF(S)

v.

CHIPPENDALES USA LLC, et al.,

DEFENDANT(S).

CASE NUMBER: 2:23−cv−03676−PA−BFM

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 1/12/2024 | 44 | Application for Electronic Filing |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

Caption is incorrect on the Application.
Case closed on 08/10/2023

Dated: 1/18/2024

By: _____
U.S. District Judge / U.S. Magistrate Judge

G-112B (08/22)      ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT